JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAH R. HAMILTON,<br><br>                    Plaintiff,<br><br>            v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 16-5798-KK<br><br><br>JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further administrative proceedings.

Dated: June 07, 2017

_Kenly_

HONORABLE KENLY KIYA KATO
United States Magistrate Judge